IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GALLOWAY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>E ALAMEIDA JR, in his capacity as head of the California Department of Corrections,<br><br>　　　　Respondent.　　　　　　　　　　／ | No. C 03-04096 JSW<br><br>**SECOND ORDER TO SHOW CAUSE** |

    On January 11, 2005, this Court issued an Order to Show Cause to Respondent in the above captioned case to file and serve on Petitioner Paul Galloway by March 12, 2005 an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  The Court further ordered Respondent to file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition for a writ of habeas corpus.  Although two months have passed since March 12, 2005, Respondent has not complied with the Court's order.

    Therefore, the Court HEREBY ORDERS Respondent to file and serve on Petitioner, by no later than June 24, 2005, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent is FURTHER ORDERED to file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues

presented by the petition. Respondent is on notice that failure to comply with this Court's Second Order to Show Cause will result in the Court granting the Petition.

Petitioner is ORDERED to serve by certified mail a copy of this Order upon Respondent and to file a proof of service by no later than May 13, 2005.

**IT IS SO ORDERED.**

Dated: May 11, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE