IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL GALLOWAY,<br><br>         Petitioner,<br><br> v.<br><br>EDWARD ALAMEIDA, Director, Department of Corrections,<br><br>         Respondent. | C 03-40906 JSW<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have from May 18, 2005, until July 18, 2005, to file the response to the petition for writ of habeas corpus. If petitioner wishes to respond to the response, he shall do so by filing a traverse with the court and serving it on respondent within thirty days of service of the answer.

Dated: May 23, 2005

                /s/ Jeffrey S. White
                JEFFREY S. WHITE
                United States District Judge

ORDER- C 03-40906 JSW