CLIFF GARDNER
(State Bar # 93782)
19 Embarcadero Cove
Oakland, CA 94606
(510) 534-9404

Attorney for Petitioner
Paul Galloway

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAUL GALLOWAY, | ) | C03-04096 JSW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | REQUEST FOR EXTENSION |
| DERRAL ADAMS, | ) | OF TIME TO FILE TRAVERSE TO |
| | ) | RESPONDENT'S ANSWER |
| Respondent. | ) | TO HABEAS CORPUS PETITION. |
| _____ | ) | |

For the reasons stated in the accompanying declaration of counsel, petitioner hereby requests an extension of 30 days until September 12, 2005, to file a traverse to respondent's answer to the petition for writ of habeas corpus.

1

WHEREFORE, petitioner prays that his application be granted and that he be granted an extension of time within which to file a traverse.

DATED:_____.

Respectfully submitted,

By:_____
Cliff Gardner
Attorney for Petitioner

Petitioner's request for an extention of thirty days, until September 12, 2005, to file a traverse in the above captioned matter is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: August 10, 2005

