IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GALLOWAY,<br><br>    Petitioner,<br><br>v.<br><br>DERRAL ADAMS,<br><br>    Respondent.<br>_____/ | No. C 03-04096 JSW<br><br>**ORDER DIRECTING PARTIES<br>TO SUPPLEMENT THE RECORD** |

The parties are HEREBY ORDERED to supplement the record with the Clerk's Transcript. The parties shall submit those documents by no later than January 26, 2007.

**IT IS SO ORDERED.**

Dated: January 9, 2007

                                            JEFFREY S. WHITE<br>                                            UNITED STATES DISTRICT JUDGE