IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL GALLOWAY,

    Petitioner,

v.

DERRAL ADAMS,

    Respondent.

No. C 03-04096 JSW

**JUDGMENT**

For the reasons set forth in the Order issued this date, the petition for a writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 30, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE